Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

*Attorneys for Plaintiffs*
*VICTORIANO RAMOS AND THERESA RAMOS*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS; THERESA RAMOS,<br><br>             Plaintiffs,<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES, INC.; GILTNER, INC.; PROGRESSIVE LOGISTICS, INC.; GARY ROBERT NAIR; DOES 1-200; and ROES 201-300,<br><br>             Defendants. | Case No.:    2:21-cv-01446-RFB-BNW<br><br>**STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER** |

   Plaintiffs, VICTORIANO RAMOS and THERESA RAMOS and Defendants GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES, INC. and GILTNER, INC. (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

///

///

///

///

1

1. The PARTIES consent to electronic service of all documents in the above-referenced action pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED this 23rd day of August, 2021.

| PETER GOLDSTEIN LAW CORP | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|---|---|
| By: /s/ Peter Goldstein<br>Peter Goldstein (SBN 6992)<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiffs*<br>*Victoriano Ramos and Theresa Ramos* | By: /s/ Harold J. Rosenthal<br>Harold J. Rosenthal (SBN 10208)<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101-5315<br>*Attorneys* for *Defendants*<br>*Giltner Transportation, Inc., Giltner Logistics Services, Inc. and Giltner, Inc.* |

**IT IS SO ORDERED**

**DATED: August 24, 2021**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**