MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.;
and GILTNER, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIANO RAMOS; THERESA RAMOS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>GILTNER, INC.; PROGRESSIVE<br>LOGISTICS, INC.; GARY ROBERT NAIR;<br>DOES 1-200; and ROES 201-300,<br><br>　　　　　Defendants. | CASE NO.  2:21-cv-01446-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARY ROBERT NAIR ONLY** |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARY ROBERT NAIR ONLY**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs VICTORIANO RAMOS and THERESA RAMOS and Defendants GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC. and GILTNER, INC, by and through their respective undersigned counsel of record, that Plaintiffs' Complaint, including all claims and causes of action alleged therein, be dismissed without prejudice, as against

1  Defendant GARY ROBERT NAIR only, who died on July 13, 2020; and each stipulating party

2  is to bear their own attorney fees, costs and expenses of litigation.

3      **IT IS SO STIPULATED.**

4  Dated this 22nd day of September 2021.      Dated this 22nd day of September 2021.

5  PETER GOLDSTEIN LAW GROUP      THORNDAL ARMSTRONG DELK
6      BALKENBUSH & EISINGER

7

8  */s/ Peter Goldstein, Esq.*      */s/ Michael C. Hetey, Esq.*
PETER GOLDSTEIN, ESQ.      MICHAEL C. HETEY, ESQ.
Nevada Bar No. 6992      Nevada Bar No. 5668
9  10161 Park Run Drive, Suite 150      HAROLD J. ROSENTHAL, ESQ.
Las Vegas, NV 89145      Nevada Bar No. 10208
10 Attorneys for Plaintiffs      1100 East Bridger Avenue
VICTORIANO RAMOS and THERESA      Las Vegas, Nevada 89101
11 RAMOS      Attorneys for Third-Party Defendants
    GILTNER TRANSPORTATION, INC.;
12     GILTNER LOGISTICS SERVICES INC.;
    and GILTNER, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of counsel for the parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint, including all claims and causes of action alleged therein, be dismissed without prejudice as against Defendant GARY ROBERT NAIR only;

IT IS FURTHER ORDERED ADJUDGED AND DECREED that each of the Parties shall bear their own attorney fees, costs and expenses of litigation.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 23rd day of September, 2021.

Submitted by:
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

*/s/ Michael C. Hetey, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
1100 East Bridger Avenue
Las Vegas, Nevada  89101
Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.;
and GILTNER, INC.