# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIANO RAMOS, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GILTNER TRANSPORTATION INC., *et al.*,<br><br>                              Defendants, | Case No. 2:21-cv-01446-RFB-BNW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Progressive Logistics, Inc., according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant Progressive Logistics Inc.

DATED this 4th day of May, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**