**SUBT**
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
HAROLD J. ROSENTHAL, ESQ
Nevada State Bar No. 10208
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Defendants, Giltner Transportation, Inc.;*
*Giltner Logistics Services Inc. and Giltner, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIANO RAMOS; THERESA RAMOS,<br><br>      Plaintiffs,<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; GILTNER, INC.; PROGRESSIVE LOGISTICS, INC.; GARY ROBERT NAIR; DOES 1-200; and ROES 201-300,<br><br>      Defendants. | CASE NO.: 2:21-cv-01446-CDS-BNW<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants, GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC. and GILTNER, INC. ("Defendants"), hereby substitute Harold J. Rosenthal, Esq. of WILEY PETERSEN, 1050 Indigo Drive, Suite 200B, Las Vegas, Nevada 89145, Telephone (702) 910-3329, as attorneys of record in the place and stead of Michael C. Hetey, Esq. of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER in the above-entitled action.

/ / /

/ / /

/ / /

/ / /

1

December 2022.

DATED this __19__ day of October 2022.

| | |
|---|---|
| **GILTNER TRANSPORTATION, INC.** | **GILTNER LOGISTICS SERVICES, INC.** |
| By: *Greg Paulson* | By: *Greg Paulson* |
| Name: Greg Paulson | Name: Greg Paulson |
| Title: CEO | Title: CEO |

**GILTNER, INC.**

By: *Greg Paulson*

Name: Greg Paulson

Title: CEO

I, Michael C. Hetey, Esq. hereby agree and consent to the substitution of Harold J. Rosenthal, Esq. of WILEY PETERSEN as counsel of record for Defendants, GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC. and GILTNER, INC in the above-entitled action.

DATED this __30th__ day of September 2022.

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

*/s/ Michael C. Hetey*

MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
1100 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Defendants, Giltner Transportation, Inc.; Giltner Logistics Services Inc., and Giltner, Inc.*

///
///
///
///
///
///
///
///

2

I, Harold J. Rosenthal, Esq. of WILEY PETERSEN, am duly admitted to practice in this District, and hereby agree and consent to the substitution as counsel of record for Defendants, GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC. and GILTNER, INC in the above-entitled action.

DATED this ___17___ day of October 2022.

          **WILEY PETERSEN**

JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
HAROLD J. ROSENTHAL, ESQ
Nevada State Bar No. 10208
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Defendants, Giltner Transportation, Inc.; Giltner Logistics Services Inc., and Giltner, Inc.*

## **ORDER**
**IT IS SO ORDERED**

**DATED:** 3:09 pm, December 21, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**