**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JON J. CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: Karen.Bashor@wilsonelser.com
Email: Jon.Carlston@wilsonelser.com
*Attorneys for Defendants*
*GILTNER TRANSPORTATION, INC.;*
*GILTNER LOGISTICS SERVICES INC.; and*
*GILTNER, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS; THERESA RAMOS,<br><br>Plaintiffs,<br>vs.<br><br>GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; GILTNER, INC.; PROGRESSIVE LOGISTICS, INC.; GARY ROBERT NAIR; DOES 1-200; and ROES 201-300,<br><br>Defendants. | Case No.  2:21-cv-1446-CDS-BNW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES, INC., AND GILTNER, INC.** |

**TO:   ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Karen L. Bashor, Esq., and Jon J. Carlston, Esq., of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, have associated with Harold J. Rosenthal, Esq., of the law firm of Wiley Peterson as co-counsel for and on behalf of Defendants GILTNER

///

///

///

///

///

///

1  TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC., and GILTNER, INC.

DATED this 11th day of September 2023.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

**IT IS SO ORDERED**

**DATED:** 4:13 pm, September 12, 2023

By: */s/ Jon J. Carlston, Esq.*
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
*Associating Counsel for Defendants GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; and GILTNER, INC.*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP and that on this 11th day of September 2023, I served a true and correct copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES, INC., AND GILTNER, INC.**, as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☒ Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities;

- ☐ via hand-delivery to the addressees listed below;

- ☐ via facsimile;

- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Jason M. Wiley, Esq.
Harold J. Rosenthal, Esq.
WILEY PETERSEN
1050 Indigo Dr. Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Defendants*
*GILTNER TRANSPORTATION, INC.;*
*GILTNER LOGISTICS SERVICES INC.; and*
*GILTNER, INC.*

Peter Goldstein, Esq.
LAW OFFICES OF PETER GOLDSTEIN
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

Gary A. Dordick, Esq.
Elizabeth A. Hernandez, Esq.
DORDICK LAW CORPORATION
509 South Beverly Drive
Beverly Hills, CA 90212

*Attorney for Plaintiffs*
*VICTORIANO RAMOS and*
*THERESA RAMOS*

By: /s/ Joyce L. Radden
An Employee of
WILSON ELSER MOSKOWITZ & DICKER LLP