1   **KAREN L. BASHOR, ESQ.**
    Nevada Bar No. 11913
2   **JON J. CARLSTON, ESQ.**
    Nevada Bar No. 10869
3   **WILSON ELSER MOSKOWITZ**
    **EDELMAN & DICKER LLP**
4   6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
5   Telephone: (702) 727-1400
    Facsimile: (702) 727-1401
6   Karen.Bashor@wilsonelser.com
    Jon.Carlston@wilsonelser.com
7   Co-Counsel for Defendants
    GILTNER TRANSPORTATION, INC.;
8   GILTNER LOGISTICS SERVICES INC.; and
    GILTNER, INC.

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12   VICTORIANO RAMOS; THERESA RAMOS,     Case No.  2:21-cv-1446-CDS-BNW

13                  Plaintiffs,

14   vs.                                  **STIPULATION FOR SUBSTITUTION OF**
                                          **ATTORNEYS FOR DEFENDANTS**
15   GILTNER TRANSPORTATION, INC.;
     GILTNER LOGISTICS SERVICES INC.;
16   GILTNER, INC.; DOES 1-200; and
     ROES 201-300,
17
18                  Defendants.

19          On September 12, 2023, attorneys Karen L. Bashor and Jon J. Carlston of the law firm of

20   Wilson Elser Moskowitz Edelman & Dicker LLP, associated in ("Association") as Co-Counsel for

21   Defendants GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC.,

22   and GILTNER, INC. (collectively "Defendants"), in addition to attorney Harold J. Rosenthal ("Mr.

23   Rosenthal") of the law firm of Wiley Peterson [ECF 50]. This Association was approved by this

24   Court on September 13, 2023 [ECF 51].

25   ///

26   ///

27   ///

28   ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to LR IA 11-6(c), Defendants wish to substitute out completely Mr. Rosenthal as their counsel of record – attorneys Karen L. Bashor and Jon J. Carlston of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, will become Defendants' sole counsel of record in the above-captioned case.

Dated this 12th day of April 2025.

_____
Name: Greg Paulson
Authorized Representative of Defendants
GILTNER      TRANSPORTATION,      INC.,
GILTNER LOGISTICS SERVICES INC., and
GILTNER, INC.

I, Harold J. Rosenthal, Esq., of the law firm of Wiley Peterson, consent to be completely substituted out as counsel of record for Defendants GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC., and GILTNER, INC., in the above-captioned case.

Dated this 10th day of April 2025.

WILEY PETERSON

/s/ Harold J. Rosenthal
_____
Harold J. Rosenthal, Esq., SBN 10715
10000 W Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Office 702.910.3329
Direct Line 725.214.9454
hrosenthal@wileypetersenlaw.com
Withdrawing Co-Counsel for Defendants
GILTNER      TRANSPORTATION,      INC.,
GILTNER LOGISTICS SERVICES INC., and
GILTNER, INC.

///

///

///

///

///

-2-

We, Karen L. Bashor, Esq., and Jon Carlston, Esq., of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, consent to be Defendants GILTNER TRANSPORTATION, INC., GILTNER LOGISTICS SERVICES INC., and GILTNER, INC., sole counsel of record in the above-captioned case.

Dated this 12th day of April 2024.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Karen L. Bashor
/s/ Jon J. Carlston
Karen L. Bashor, Esq., SBN 11973
Jon J. Carlston, Esq., SBN 10869
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Karen.Bashor@wilsonelser.com
Jon.Carlston@wilsonelser.com
Attorneys Defendants
GILTNER TRANSPORTATION, INC.,
GILTNER LOGISTICS SERVICES INC., and
GILTNER, INC.

IT IS SO ORDERED.

Dated:  4/16/2024

UNITED STATES MAGISTRATE JUDGE

-3-