**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JON J. CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Karen.Bashor@wilsonelser.com
Jon.Carlston@wilsonelser.com
Co-Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.; and
GILTNER, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS; THERESA RAMOS,<br><br>Plaintiffs<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>GILTNER, INC.; DOES 1-200; and<br>ROES 201-300,<br><br>Defendants | Case No. 2:21-cv-1446-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF THERESA RAMOS ONLY WITH PREJUDICE** |

**IT IS STIPULATED**, by and between, Plaintiffs, VICTORIANO RAMOS and THERESA RAMOS; and Defendants, GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; and GILTNER, INC. (collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, that all claims made by Plaintiff THERESA RAMOS against Defendants only are dismissed with prejudice with all parties to bear their own fees and costs associated with THERESA RAMOS's claims. THERESA RAMOS may also be

///

///

///

removed from the caption of this case.

DATED this 16th day of April 2024.

DORDICK LAW CORPORATION

/s/ Elizabeth A. Hernandez
Gary A. Dordick, Esq. (Pro Hac Vice)
California Bar No. 128008
Elizabeth A. Hernandez, Esq. (Pro Hac Vice)
California Bar No. 204322
509 South Beverly Drive
Beverly Hills, CA 90212
Tel.: (310) 551-0949
gary@dordicklaw.com
elizabeth@dordicklaw.com
Co-Attorneys for Plaintiffs
VICTORIANO RAMOS and
THERESA RAMOS

DATED this 12th day of April 2024.

LAW OFFICE OF PETER GOLDSTEIN

/s/ Peter Goldstein
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 474-6400
peter@petergoldsteinlaw.com
Co-Attorney for Plaintiffs
VICTORIANO RAMOS and
THERESA RAMOS

DATED this 12th day of April 2024.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Jon J. Carlston
Karen L. Bashor, ESQ.
Nevada Bar No. 11913
Jon J. Carlston, ESQ.
Nevada Bar No. 10869
Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.;
and GILTNER, INC.

Based on the parties' stipulation, plaintiff Theresa Ramos is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to terminate Theresa Ramos as a party in this action.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2024

-2-