**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JON J. CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Karen.Bashor@wilsonelser.com
Jon.Carlston@wilsonelser.com
Co-Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.; and
GILTNER, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>GILTNER, INC.; DOES 1-200; and<br>ROES 201-300,<br><br>　　　　　Defendants. | Case No.  2:21-cv-1446-CDS-BNW<br><br>**Stipulation and Order for an Extension of Time to File the Joint Pretrial Order**<br>**(First Request)** |

The current deadline for the parties to file the Joint Pretrial Order is August 15, 2024. The parties have recently agreed to attend a private mediation with the Hon. Peggy A. Leen (Ret.) sometime in the month of September 2024 – the parties are in the process of coordinating everyone's schedules to select a mutually agreeable date.

///

///

///

///

///

///

Once this mediation is completed, the parties will file a Joint Status Report regarding its outcome. Accordingly, the parties request a sixty (60) day continuance of the deadline to file the Joint Pretrial Order through **October 14, 2024**, to allow time for the parties to attend this private mediation.

| | |
|---|---|
| DATED this 14th day of August 2024. | DATED this 14th day of August 2024. |
| LAW OFFICE OF PETER GOLDSTEIN | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| /s/ *Peter Goldstein* | /s/ *Jon J. Carlston* |
| Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: (702) 474-6400<br>peter@petergoldsteinlaw.com<br>-and-<br>DORDICK LAW CORPORATION<br>Gary A. Dordick, Esq. (Pro Hac Vice)<br>California Bar No. 128008<br>Elizabeth A. Hernandez, Esq. (Pro Hac Vice)<br>California Bar No. 204322<br>509 South Beverly Drive<br>Beverly Hills, CA 90212<br>Tel.: (310) 551-0949<br>gary@dordicklaw.com<br>elizabeth@dordicklaw.com<br>Co-Attorneys for Plaintiff<br>VICTORIANO RAMOS | Karen L. Bashor, ESQ.<br>Nevada Bar No. 11913<br>Jon J. Carlston, ESQ.<br>Nevada Bar No. 10869<br>Attorneys for Defendants<br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>and GILTNER, INC. |

**IT IS SO ORDERED**

**DATED:** 11:06 am, August 15, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**