**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JON J. CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Karen.Bashor@wilsonelser.com
Jon.Carlston@wilsonelser.com
Co-Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.; and
GILTNER, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>GILTNER, INC.; DOES 1-200; and<br>ROES 201-300,<br><br>Defendants. | Case No.  2:21-cv-1446-CDS-BNW<br><br>**Stipulation and Order for an Extension of Time to File the Joint Pretrial Order (SECOND REQUEST)** |

The current deadline for the parties to file the Joint Pretrial Order is **October 14, 2024, per ECF 66 filed 8/15/2024**. The parties intended to mediate this case sometime during the month of September 2024 but unfortunately were unable to mediate during this month. However, the parties are scheduled to mediate with the Hon. Peggy A. Leen (Ret.) on **November 6, 2024**.

///

///

///

///

///

Accordingly, the parties request a second extension to file a Joint Pretrial Order through **December 6, 2024**, if the case does not settle at the November 6, 2024, mediation with Judge Leen. Should the case settle at the November 6, 2024, mediation, the parties will file a Notice of the same with this Court.

DATED this 14th day of October 2024.

LAW OFFICE OF PETER GOLDSTEIN

/s/ *Peter Goldstein*
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 474-6400
peter@petergoldsteinlaw.com

-and-

/s/ *Elizabeth A. Hernandez*
DORDICK LAW CORPORATION
Gary A. Dordick, Esq. (Pro Hac Vice)
California Bar No. 128008
Elizabeth A. Hernandez, Esq. (Pro Hac Vice)
California Bar No. 204322
509 South Beverly Drive
Beverly Hills, CA 90212
Tel.: (310) 551-0949
gary@dordicklaw.com
elizabeth@dordicklaw.com
Co-Attorneys for Plaintiff
VICTORIANO RAMOS

DATED this 14th day of October 2024.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ *Jon J. Carlston*
Karen L. Bashor, ESQ.
Nevada Bar No. 11913
Jon J. Carlston, ESQ.
Nevada Bar No. 10869
Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.;
and GILTNER, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2024