# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Victoriano Ramos, | Case No. 2:21-cv-01446-CDS-BNW |
| Plaintiff | **Order Setting Hearing** |
| v. | |
| Giltner Transportation, Inc., et al., | |
| Defendants | |

After the parties filed a notice indicating that a settlement was reached between plaintiff Victoriano Ramos and defendants Giltner Transportation, Inc., Giltner Logistics Services, Inc., and Giltner, Inc. (ECF No. 69), by minute order, I directed the parties to file either a stipulation of dismissal or a joint status report by January 10, 2025 (ECF No. 70). As of the date of this order, the parties have not submitted a joint status report, stipulation of dismissal, or any other responsive filing.

It is therefore ordered that the parties must appear on January 29, 2025, at 10:00 a.m., in LV Courtroom 6B to explain their failure to comply with the court's order. The hearing will be vacated upon the filing of a stipulated dismissal on or before January 28, 2025.

Dated: January 21, 2025

_____
Cristina D. Silva
United States District Judge