**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JON J. CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Karen.Bashor@wilsonelser.com
Jon.Carlston@wilsonelser.com
*Attorneys for Defendants*
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.; and
GILTNER, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>GILTNER, INC.; DOES 1-200; and<br>ROES 201-300,<br><br>　　　　Defendants. | Case No.  2:21-cv-1446-CDS-BNW<br><br>**Stipulation to Continue April 24, 2025, Status Conference** |

**IT IS STIPULATED**, by and between, Plaintiffs, VICTORIANO RAMOS; and Defendants, GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; and GILTNER, INC., by and through their respective undersigned counsel of record, that the Status Conference set for 4/25/2025 at 10:00AM in LV Courtroom 6B before Judge Cristina D. Silva be continued to 5/9/2025.

The reason for the continuance is that the excess carrier has not completed the process of reissuing the settlement check.

///

///

///

| | |
|---|---|
| DATED this 23rd day of April 2025. | DATED this 23rd day of April 2025. |
| **DORDICK LAW CORPORATION** | **LAW OFFICE OF PETER GOLDSTEIN** |
| Mark J. Leonardo<br>Nevada Bar No. 1111<br>Gary A. Dordick, Esq. (Pro Hac Vice)<br>California Bar No. 128008<br>509 South Beverly Drive<br>Beverly Hills, CA 90212<br>Tel.: (310) 551-0949<br>gary@dordicklaw.com<br>mark@dordicklaw.com<br>*Co-Attorneys for Plaintiff*<br>VICTORIANO RAMOS | */s/ Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: (702) 474-6400<br>peter@petergoldsteinlaw.com<br>*Co-Attorney for Plaintiff*<br>VICTORIANO RAMOS |
| DATED this 23rd day of April 2025 | DATED this 24th day of April 2025. |
| **THORNDAL ARMSTRONG, PC** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| By:_____<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, NV  89101<br>TEL: (702)  366-0622 / Fax: (702)  366-0327<br>bsd@thorndal.com<br>Attorneys for Gemini Transportation Underwriters. | */s/ Jon J. Carlston*<br>Karen L. Bashor, ESQ.<br>Nevada Bar No. 11913<br>Jon J. Carlston, ESQ.<br>Nevada Bar No. 10869<br>*Attorneys for Defendants*<br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>and GILTNER, INC. |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated:   4/24/25