**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JON J. CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Karen.Bashor@wilsonelser.com
Jon.Carlston@wilsonelser.com
Co-Attorneys for Defendants
GILTNER TRANSPORTATION, INC.;
GILTNER LOGISTICS SERVICES INC.; and
GILTNER, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO RAMOS, | Case No. 2:21-cv-1446-CDS-BNW |
| Plaintiff | **Stipulation of Dismissal with Prejudice** |
| vs. | |
| GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; GILTNER, INC.; DOES 1-200; and ROES 201-300, | |
| Defendants | |

**IT IS STIPULATED**, by and between, Plaintiff, VICTORIANO RAMOS, and Defendants, GILTNER TRANSPORTATION, INC.; GILTNER LOGISTICS SERVICES INC.; and GILTNER, INC., by and through their respective undersigned counsel of record, to the

///
///
///
///
///
///

dismissal of above-captioned lawsuit in its entirety with prejudice including all claims made or that could be made, with all parties to bear their own fees and costs. **The hearing set on May 9, 2025, at 10:00 a.m., may also be vacated**.

| | |
|---|---|
| DATED this 29th day of April 2025. | DATED this 29th day of April 2025. |
| **DORDICK LAW CORPORATION** | **LAW OFFICE OF PETER GOLDSTEIN** |
| *[signature]*<br>Mark J. Leonardo<br>Nevada Bar No. 1111<br>Gary A. Dordick, Esq. (Pro Hac Vice)<br>California Bar No. 128008<br>509 South Beverly Drive<br>Beverly Hills, CA 90212<br>Tel.: (310) 551-0949<br>gary@dordicklaw.com<br>mark@dordicklaw.com<br>Co-Attorneys for Plaintiff<br>VICTORIANO RAMOS | */s/ Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: (702) 474-6400<br>peter@petergoldsteinlaw.com<br>Co-Attorney for Plaintiff<br>VICTORIANO RAMOS |
| DATED this 29th day of April 2025. | DATED this 29th day of April 2025. |
| **THORNDAL ARMSTRONG, PC** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| *[signature]*<br>By:_____<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, NV 89101<br>TEL: (702) 366-0622 / FAX: (702) 366-0327<br>bsd@thorndal.com<br>Attorneys for Gemini Transportation Underwriters. | */s/ Jon J. Carlston*<br>Karen L. Bashor, ESQ.<br>Nevada Bar No. 11913<br>Jon J. Carlston, ESQ.<br>Nevada Bar No. 10869<br>Attorneys for Defendants<br>GILTNER TRANSPORTATION, INC.;<br>GILTNER LOGISTICS SERVICES INC.;<br>and GILTNER, INC. |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to vacate the status hearing and to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: ____May 7, 2025____